IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JOSE A. VAZQUEZ-ARROYO,

      Appellant,

v.

      Case No.  5D22-0450
      LT Case No. 2010-DR-008393-O

JULIETTE M. GARCIA,

      Appellee.

_____/

Opinion filed June 10, 2022

Appeal from the Circuit Court
for Orange County,
Joshua A. Mize, Judge.

Jose A. Vazquez-Arroyo, Orlando,
pro se.

Ashley Moody, Attorney General, and
Toni C. Bernstein, Senior Assistant
Attorney General, Tallahassee, for
Appellee.

ON CONCESSION OF ERROR

PER CURIAM.

      Based on the Department of Revenue's concession of error, we reverse

the Order Dismissing Supplemental Petition for Modification of Child Support

and Order on Amended Report of General Magistrate and remand with

instructions to vacate the orders. See Lamancusa v. Dep't of Rev. o/b/o

Lamancusa, 250 So. 3d 812 (Fla. 5th DCA 2018).

REVERSED AND REMANDED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.